# **EXHIBIT A**



## METHODS OF PAYMENT

   

**Online:** visit www.parkinginvoice.com where payment can be made using major debit/credit cards.

**By phone:** call our 24-hour automated payment line (844) 999-7275 where payment can be made using major debit/credit cards.

**By mail:** make your check or money order payable to Professional Parking Management, complete the payment slip at the bottom of this letter and return it with your payment. Do not send cash by mail. A receipt will not be issued unless requested in writing.



Pay here using this QR code

## DISPUTES PROCEDURE

While we take great care to ensure that our information is accurate, we understand that errors can occur and will investigate claims promptly. If you believe this Parking Charge Notice has been issued incorrectly, or should have been addressed to someone else, you can file a dispute at www.parkinginvoice.com. This will ensure your Parking Charge Notice is put on hold and you will receive an acknowledgement that a dispute has been made. Making a dispute online enables us to deal with your dispute more quickly.

**FAILURE TO PAY THIS PARKING CHARGE NOTICE MAY RESULT IN THIS MATTER BEING REFERRED TO COLLECTIONS. THIS INVOICE IS PRIVATELY ISSUED, IS NOT ISSUED BY A GOVERNMENTAL AUTHORITY, AND IS NOT SUBJECT TO CRIMINAL PENALTIES. UNPAID PARKING CHARGE NOTICES MAY RESULT IN THE VEHICLE BEING BOOTED OR TOWED AT THE OWNER'S EXPENSE.**



---

## PAYMENT SLIP

**RETURN THIS PAYMENT SLIP WITH YOUR CHECK OR MONEY ORDER PAYABLE TO PROFESSIONAL PARKING MANAGEMENT AND INCLUDE THE NOTICE NUMBER TO ENSURE NO FURTHER ACTION IS TAKEN.**

**A RECEIPT WILL NOT BE ISSUED UNLESS REQUESTED IN WRITING.**

**NOTICE NUMBER:** 780-217-226
**LICENSE PLATE:** SSWAG
**LOCATION:** 915 N OCEAN DR, HOLLYWOOD, FL 33019
**TO:** Professional Parking Management
1314 East Las Olas Blvd Suite 405
Fort Lauderdale, FL 33301
(For mailing purposes only)

