AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

<table>
<tr><td>

PETER CICALE, JR., and<br>
FRANCES REMY,<br>
individually, and on behalf of<br>
all others similarly situated,

<hr>

*Plaintiff(s)*

v.

PROFESSIONAL PARKING MANAGEMENT<br>
CORPORATION and<br>
YSA ARM LLC d/b/a OXYGENXL,

<hr>

*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.  0:24-cv-61146-AHS

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  YSA ARM LLC d/b/a OXYGENXL
c/o Registered Agent
URS AGENTS, LLC
3458 LAKESHORE DRIVE
TALLAHASSEE, FL 32312


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bret L. Lusskin, Esq.
668 Golden Beach Drive
Golden Beach, FL 33160
P 954.454.5841
F 954.454.5844


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  08/07/2024

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court