UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61146-CIV-SINGHAL

PETER CICALE, JR., and FRANCES REMY,
individually, and on behalf of all similarly situated,

      Plaintiffs,

v.

PROFESSIONAL PARKING MANAGEMENT
CORPORATION and YSA ARM LLC d/b/a
OXYGENXL,

      Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Unopposed Motion to Exceed Page Limit for Memorandum of Law in Support of Defendants' Motion to Dismiss (hereinafter "Motion") (DE [17]). Upon careful consideration of the Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Motion (DE [17]) is **GRANTED**. Defendants are granted three additional pages in connection with their Memorandum of Law in support of Defendants' Motion to Dismiss.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF