UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61146-CIV-SINGHAL

PETER CICALE, JR., and FRANCES REMY,
individually, and on behalf of all others similarly
situated,

    Plaintiffs,

v.

PROFESSIONAL PARKING MANAGEMENT
CORPORATION, and YSA ARM LLC
d/b/a OXYGEN XL,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Stay Discovery Pending Disposition of Their Dispositive Motion to Dismiss (DE [22]).  Defendants argue their pending Motion to Dismiss the Amended Complaint is dispositive and likely to succeed and, therefore, request a temporary stay of discovery pending resolution of the motions.  Defendant claims that Plaintiff lacks standing, and that Plaintiff cannot assert that Defendants violated the Driver Privacy Protection Act, 18 U.S.C. §§ 2721, *et seq.* ("DPPA"), Florida's Deceptive and Unfair Trade Practices Act, Florida Statute § 501.201, *et seq.* ("FDUTPA"), or Florida's Consumer Collections Practice Act ("FCCPA").  The Court has reviewed the pending Motion to Dismiss and agrees with Defendants' assessment that the motions, if granted, would resolve or substantially reduce the scope of the claims.

1

The Eleventh Circuit reiterated its concern regarding the burdens and costs of conducting discovery before potentially dispositive motions are resolved.  "Facial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should ... be resolved before discovery begins." *Isaiah v. JPMorgan Chase Bank,* 960 F.3d 1296, 1308 (11th Cir. 2020) (quoting *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1367 (11th Cir. 1997)).  Thus, the Court concludes that discovery should be stayed pending resolution of the Motions to Dismiss.

It is hereby:

**ORDERED AND ADJUDGED** that Defendants' Motion to Stay Discovery Pending Disposition of Their Dispositive Motion to Dismiss (DE [22]) is **GRANTED.**  Discovery shall be stayed pending resolution of Defendant's Motion to Dismiss.  To preserve efficiency, the parties may consult and submit a proposed confidentiality order at any time regardless of the stay of discovery.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of October 2024.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE